[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**FILED**
**8/30/2018**
**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

RECEIVED
JUN 15 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Carlos Dax Cregan

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

1:18-cv-04186
Judge John Z. Lee
Magistrate Judge Sheila M. Finnegan
PC7

vs.

Chicago Police Dept. 51st & Wentworth
Detective Raymond Piwnicki
States Attorney John Doe

_____

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

✓    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____    COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____    OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

A. Name: Carlos Dax Cregan

B. List all aliases: none

C. Prisoner identification number: 20171003213

D. Place of present confinement: Cook County Department of Corrections

E. Address: P.O. Box 089002 Division 10 4-D, Chicago IL, 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Chicago Police Dept.
Title: Chicago Police Dept.
Place of Employment: Chicago Police Dept. 5105 S. Wentworth Chicago IL

B. Defendant: Raymond Piwnicki
Title: Detective
Place of Employment: Chicago Police Dept. 5105 S Wentworth Chicago IL

C. Defendant: S/A John Doe
Title: States Attorney
Place of Employment: Cook County Court hous 26 & California

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: none

    B. Approximate date of filing lawsuit: none

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: none

    D. List all defendants: none

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): none

    F. Name of judge to whom case was assigned: none

    G. Basic claim made: none

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): none

    I. Approximate date of disposition: none

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On october 31st 2015 around 11p.m. I was dropped off by my work truck on the corner of the 4700 block S. Kilpatrick, to meet up with some friends to go out with for halloween. Their were individuals on the corner whom I'd recognized from around the area. I briefly stopped to tell them to be careful, especially on halloween because I understand the dangers being from the area. Shortly after we were approached by an unmarked police vehicle with a detective whom I later found to be Detective Raymond Piwnicki. He told everyone to leave the area imediately. I complied and proceded to my vehicle wich was parked in the "T-alley" behind a friends house. My vehicle's location was the reason my friends chose that spot to meet. As soon as I jumped in my vehicle. The same detective pulled into the alley. Activated his lights. Drew his firearm. And told me to put my fucking hands up. He arrested my without a reason why. I was then transported to the Chicago Police Dept. Located on 5105 S. Wentworth, chicago IL. Otherwise known as 51st & wentworth. Where I was then questioned/interogated. Detective Piwnicki constantly asked me where guns were located and wanted to know the names of the individuals that were on the block with me. I told the dete. that I didnt know anything about any guns, and that I didnt

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Claim #1 know the names of the individuals. I had only recognized them from around the area. I did not know them personally. I was then informed that a gun was discovered in the area that I was in. And that unless I gave him the names of the individuals that were in the area with me. The gun would belong to me. I told the Det. once again that I was sorry that I really didn't know their names. And that I could not help him. I was then transported to C.C.D.O.C/Cook County Jail, to await trial. After recieving discovery on the case. I later found out that Detective Raymond Piwnicki made a false statement that "he seen me hide the gun." After a lengthy 8 months in County jail, and 21 months on bail. My trial began. Located in the cook county courthouse on 26th & California. Courtroom # 606. I took a bench trial. On April 3rd 2018 I was found Not Guilty by my judge. Claim #2→ Please be informed that the states attorney that prosecuted me, never sent the weapon in for DNA or finger prints. Which would have proved my innocence a lot sooner. And squashed these false allegations. Claim #3 ↓ As far as the Chicago Police dept. goes. It is responsible for hiring and allowing these officers to use the tactics they used against me.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want my relief to be for Nominal damages, Punitive damages and compensatory damages. I want relief for pain and suffering and physical damages that I suffered while incarcerated. In all I want each defendant to pay $50,000 a piece which would come out to $150,000 dollars. As well as Compensation for false arresst, and false imprisonment.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __6__ day of __5__, 20__18__

_Carlos Cregan_
(Signature of plaintiff or plaintiffs)

Carlos Dax Cregan
(Print name)

20171003213
(I.D. Number)

P.O. Box 089002 Div. 10 4-D
Chicago IL, 60608
(Address)

Carlos Cregan 20171003213
P.O. Box 089002
Division 10 4-D
Chicago IL, 60608

06/15/2018-38

Prisoner Correspondent,
United States District Court
219 S. Dearborn Street, 20th floor
Chicago IL, 60604

RECEIVED
2018 JUN 15 AM 10:20

1:18-cv-04186
Judge John Z. Lee
Magistrate Judge Sheila M. Finnegan
PC7